

# Fourth Court of Appeals
## San Antonio, Texas

September 7, 2016

No. 04-16-00519-CV

Loren **BREWER**,
Appellant

v.

**SCHLUMBERGER TECHNOLOGY CORPORATION**; Schlumberger, N.V. A/K/A
Schlumberger Limited; Rig Relocators, LLC; Rig Relocators; and Jose Salazar, Jr.,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 14-09-53692-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

The clerk's record is due September 9, 2016. On September 2, 2016, the clerk filed a notification of late record stating the clerk's record would not be filed on or before September 9, 2016, because appellant has not paid or made arrangements to pay the clerk's fee to prepare the record and appellant is not entitled to the record without paying the fee.

Accordingly, we **ORDER** appellant to provide written proof to this court on or before **September 19, 2016** that either (1) the clerk's fee has been paid or arrangements satisfactory to the clerk have been made to pay the clerk's fee; or (2) appellant is entitled to the clerk's record without prepayment of the clerk's fee. *See* TEX. R. APP. P. 20.1; *id*. R. 35.3(a). If appellant fails to file such proof within the time provided, this appeal will be dismissed for want of prosecution. *See id.* R. 37.3(b).

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court